**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:17-CV-442-JHM-CHL**

**JOHN R. FOUTS**                                                        **CLAIMANT**

**VS.**

**COMMISSIONER OF SOCIAL SECURITY**                          **DEFENDANT**

## ORDER

The above matter having been referred to the United States Magistrate Judge who has filed his Report and Recommendation, no objections having been filed thereto, and the Court having considered the same:

**IT IS HEREBY ORDERED** that the Court adopts the report and recommendation as set forth in the report submitted by the United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **AFFIRMED**.

*Joseph H. McKinley Jr.*

September 28, 2018

Copies:        Counsel